IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROLEE LAIRD

    Plaintiff

v.

BABATUNDE ANIFOWOSHE

    Defendant

Civil Action No.: AMD 02 CV 2268

## ORDER

Upon consideration of the Plaintiff's Motion to File Amended Complaint, and any response thereto, it is this 30th day of Aug, 2002, ORDERED, that the Motion is GRANTED.

_____
Judge