UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 2, 2003

MEMORANDUM TO COUNSEL RE:

Laird v. Anifowoshe
Civil No. AMD 02-2268

Mr. Strong's letter dated December 30, 2002, is hereby acknowledged. From my point of view, the extant scheduling order remains in effect. The due date for summary judgment motions remains January 27, 2003.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File