# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

February 24, 2003

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 24 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## MEMORANDUM TO COUNSEL RE:

Laird v. Anifowoshe
Civil No. AMD 02-2268

 

No timely dispositive motion has been filed in this case. Accordingly, I am calendaring the case for non-jury trial (two days) commencing Monday, March 31, 2003, at 10:00 a.m. The trial will be held in Courtroom 5B in the Baltimore Courthouse.

Any motions in limine shall be filed on or before Friday, March 21, 2003. On or before that same date, each party shall file a memorandum of law, together with proposed findings of fact and conclusions of law. I assume that counsel will be able to fashion significant stipulations that will greatly reduce the need for live trial testimony.

I look forward to seeing you on March 31.

Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt